H. KOEHLER & Co., Appellant, *v.* JAMES W. BRADY, Respondent.

*Koehler & Co.* v. *Brady,* 78 App. Div. 644, appeal dismissed.
(Argued June 3, 1903; decided June 5, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 23, 1903, which denied a motion to dismiss the appeal upon stipulation of the appellant that the appeal be dismissed.

*Emanuel J. Myers* for appellant.

*Louis Marshall* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, CULLEN and WERNER, JJ.